**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

    Plaintiff,

v.

FAEGRE & BENSON, LLP,
MARK FISCHER,
JUDY HEUMANN,
NORMAN HEUMANN,
BOULDER ESCROW, LLC,

    Defendants.
_____

**ORDER**
_____

    This case is before me on Defendant Fischer's Response to Plaintiffs' Motion to Amend the Complaint, Motion for Early Settlement Conference and Motion to Set Deadline for Responsive Pleading (Doc 21 - filed June 11, 2007).  In it, Defendant Fischer represents that he does not object to Plaintiffs' Motion to Amend, requests the Court to extend the time for his responsive pleading until it has been determined what the operative complaint is (the motion to amend is pending), and requests that the Court order an expeditious settlement conference before the assigned magistrate judge.  Because the motion by Plaintiff to amend the complaint remains pending, no responsive pleading is yet due.  I conclude that this case warrants early settlement efforts by the assigned magistrate judge.  A separate order of reference will enter.  Accordingly

IT IS ORDERED that the Motion, Document 21, is GRANTED IN PART and DENIED IN PART as follows:

1. The motion to extend time for filing a responsive pleading is DENIED AS MOOT.

2. The parties are directed to contact Magistrate Judge Boyd N. Boland to engage in an early settlement conference.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   June 12, 2007