IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

Plaintiff,

v.

FAEGRE & BENSON,LLC,
MARK FISCHER,
JUDY HEUMANN,
NORMAL HEUMANN, and
BOULDER ESCROW, LLC,

Defendants.
_____

**ORDER**
_____

In an order dated June 12, 2007, the district judge stated that defendant Mark Fischer had requested "that the Court order an expeditious settlement conference before the assigned magistrate judge," and that, as a result of that request, "this case warrants early settlement efforts by the assigned magistrate judge." *Order* [Doc. # 23]. Consistent with the order of the district judge, on June 14, 2007, I entered a minute order requiring the parties to submit confidential settlement statements by June 20, 2007, and I set the case for a settlement conference on June 26, 2007. I required the parties to include in their confidential settlement statements specific offers of compromise, including a dollar amount the clients were willing to accept or pay in settlement and any other essential elements of a settlement.

I have received and reviewed the confidential settlement statements, and it is clear to me that holding a settlement conference at this time would be a waste of the parties' and the court's

resources. Any representation to the district judge that an early settlement conference appeared reasonably likely to lead to meaningful settlement discussions was, at best, overly optimistic. Should the parties' disagree with my conclusion, after conferring with each other and based upon their good faith agreement that an early settlement conference would be useful, they should file a motion requesting that the settlement conference be reset, and I will consider the matter. In the meantime, however, and based on the statements contained in the confidential settlement statements:

IT IS ORDERED that the settlement conference set for **June 26, 2007, at 1:30 p.m.**, is VACATED.

Dated June 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge