**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

      Plaintiff,

v.

FAEGRE & BENSON, LLP,
MARK FISCHER,
JUDY HEUMANN,
NORMAN HEUMANN,
BOULDER ESCROW, LLC,

      Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

The Court, having reviewed the parties' Stipulated Motion to Dismiss, and it appearing to the Court that the parties agree that all claims asserted by Plaintiff Infant Swimming Research, Inc. ("ISR") in its Complaint against Boulder Escrow, LLC ("Boulder") should be dismissed with prejudice and good cause appearing therefore:

IT IS HEREBY ORDERED that all claims asserted in ISR's Complaint against Boulder are hereby dismissed with prejudice and on the merits, and each party shall bear its own costs and attorneys' fees.

Dated this 24th day of August 2007.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge