IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE BOYD N. BOLAND

| | |
|---|---|
| Civil Action No. 07-cv-00839-LTB-BNB | Date: February 07, 2008 |
| Courtroom Deputy: Debra Nawls | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| INFANT SWIMMING RESEARCH, INC. | Douglas J. Jaffee |
| Plaintiffs, | |
| v. | |
| JUDY HEUMANN, et al. | William D. Meyer |
| | Michael Patrick Connelly |
| | Lawrence G. Katz |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 8:29 a.m.

Appearance of counsel.

Court's opening remarks.

Discussion re: [91] MOTION for Protective Order by Defendant.

**ORDERED:** The [91] MOTION for Protective Order by Defendant is **DENIED** insofar as it seeks to preclude the depositions altogether and **GRANTED** as specified on the record.

**FURTHER ORDERED:** Discovery cut-off is extended to May 15, 2008, to allow specified depositions.

Court in Recess 8:48 a.m. Hearing concluded.

Total time in Court: 0.19 minutes