IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

Plaintiff,

v.

JUDY HEUMANN, and
NORMAL HEUMANN,

Defendants.

_____

## ORDER
_____

This matter is before me on **Fischer's Motion for Protective Order** [Doc. # 91, filed 1/2/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the discovery cut-off date is extended to and including **May 15, 2008**, solely to allow the parties to take the depositions of Mark Fischer, Judy Heumann, Norman Heumann, Harvey Barnett, and Mr. Barnett's spouse.

Dated February 7, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge