IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

Plaintiff,

v.

JUDY HEUMANN, and
NORMAL HEUMANN,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the discovery cut-off is extended to an including **June 30, 2008**, solely to allow the depositions of Mr. Fischer, Mr. and Mrs. Heumann, and Mr. and Mrs. Barnett.

IT IS FURTHER ORDERED that the parties shall submit, on or before **July 11, 2008**, a revised final pretrial modified as discussed at the pretrial conference this morning.

Dated May 5, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge