IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-00839-LTB-BNB

INFANT SWIMMING RESEARCH, INC.,

       Plaintiff-Appellant,

v.

FAEGRE & BENSON, LLP,
JUDY HEUMANN,
NORMAN HEUMANN, and
MARK FISCHER,

       Defendants-Appellees.
_____

ORDER
_____

     This case is before me on remand from the Tenth Circuit Court of Appeals determining that Appellees Judy and Norman Heumann are entitled to an award of attorney fees and costs in connection with Appeal No. 08-1484.  Remand is to this Court for the limited purpose of calculating a reasonable award to the Heumanns of their attorney fees and costs related to Appeal No. 08-1484.

     Accordingly

     IT IS ORDERED that the Heumanns shall file their application for attorney fees and costs documented specifically with supporting documentation therefor within 20 days from the date of this Order.  Infant Swimming Research, Inc. will have 10 days to respond to the application.

                         BY THE COURT:

                         __s/Lewis T. Babcock_____
                         Lewis T. Babcock, Judge

DATED: August 11, 2009